**Order entered December 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01342-CR

---

**KEPHREN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F17-16908-K**

---

## ORDER

On October 30, 2017, appellant filed a pro se notice of appeal. On November 22, 2017, appellant filed a pro se docketing statement representing that he is represented by attorney John Read, II. Appellant also enclosed a letter requesting appointment of a new attorney on the ground counsel has refused to "actively advocate" on his behalf, and he was forced to file his own notice of appeal. To date, Mr. Read has not communicated with the Court in any manner and appellant is listed in our records as representing himself pro se. The clerk's record was due on December 4, 2017 and has not been filed.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is represented by counsel and, if not, whether appellant is entitled to court-appointed counsel. If the trial court finds that appellant is not represented by counsel and is entitled to court-appointed

counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
        JUSTICE